IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and

SHANNON MIKE AND GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M
and AA.M, minor children

    Plaintiffs,

v.              No. 12-cv-01215-WDS/LFG

TERRY MCCOY, STEVE JACKSON,
DAVE McCALL, MANASSEH BEGAY, and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME,

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

    Defendants.

## ENTRY OF APPEARANCE

  WIGGINS, WILLIAMS & WIGGINS, P.C. (Patricia G. Williams, Esq.) hereby enters its appearance on behalf of Defendants Officer Walter Nickerson and Officer David King in the above-captioned cause.

                        WIGGINS, WILLIAMS & WIGGINS
                        A Professional Corporation

                        Electronically Filed


                        By */s/ Patricia G. Williams*
                            Patricia G. Williams
                        Attorneys for Walter Nickerson and David King
                        1803 Rio Grande Blvd., N.W. (87104)
                        P. O. Box 1308
                        Albuquerque, New Mexico 87103-1308
                        (505) 764-8400


We hereby certify that a copy of the foregoing
was served upon opposing counsel of record
through the Court's efile and serve system
on this 7th day of January, 2013.

WIGGINS, WILLIAMS & WIGGINS, P.C.

      Electronically Filed

By */s/ Patricia G. Williams*
      Patricia G. Williams