IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and

SHANNON MIKE and GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M.
and AA.M., minor children,

    Plaintiffs,

vs.                                                No. 12 cv 01215 WDS/LFG

TERRY McCOY, STEVE JACKSON,
DAVE McCALL MANASSEH BEGAY and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME,

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

    Defendants.

## JURY DEMAND

    The defendants, TERRY McCOY, STEVE JACKSON, DAVE McCALL and

MANASSEH BEGAY, through their attorneys KLECAN & CHILDRESS, hereby demand a trial

by a jury of six (6) persons on all issues triable by right in the above-styled and numbered cause of action.

                              KLECAN & CHILDRESS

                              BY: /S/ Ronald J. Childress
                                  RONALD J. CHILDRESS
                                  Attorneys for Defendants *Terry McCoy, Steve Jackson, Dave McCall and Manasseh Begay*
                                  6000 Uptown Blvd. NE Suite 305
                                  Albuquerque, New Mexico 87110
                                  Telephone: (505) 883-8555

I HEREBY CERTIFY that on __January 11__, 2013,
I filed the foregoing pleading electronically through
the CM/ECF system, which caused the following
parties or counsel of record to be served by electronic or other
means, as more fully reflected on the Notice of Electronic Filing:

Arlon L. Stoker
Attorney at Law
P.O. Box 658
Farmington, NM 87499-0658
arlon@stokerlaw.com

Joseph W. Reichert
Attorney at Law
2620 Adams St. NE
Albuquerque, NM 87110
reichert@swcp.com

  /S/ Ronald J. Childress
RONALD J. CHILDRESS