IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and SHANNON MIKE and GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M.
and AA.M., minor children,

    Plaintiff,

vs.                                                                                No. 12 cv 1215 MV/LFG

TERRY McCOY, STEVEN JACKSON,
DAVE McCALL, MANASSEH BEGAY and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

    Defendants.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this __18th__ day of __March__, 20_13_, Defendants McCoy, Jackson, McCall and Begay's Rule 26(a)(I) Initial Disclosures were mailed to the following:

Patricia G. Williams, Esq.
*Attorney for co-defendants*
Wiggins, Williams & Wiggins, PC
P.O. Box 1308
Albuquerque, NM 87103-1308

and, by agreement, will be hand delivered on the 20th day of March, 2013, at the Scheduling Conference to the following:

Arlon Stoker, Esq., *Attorney for Plaintiff*

                        KLECAN & CHILDRESS

                        /S/ Ronald J. Childress
                        RONALD J. CHILDRESS
                        *Attorney for Defendants McCoy, Jackson,*
                        *McCall and Begay*
                        6000 Uptown Blvd. NE, #305
                        Albuquerque, NM 87110
                        (505) 883-8555

I HEREBY CERTIFY that on __March 18__, 2013,
I filed the foregoing pleading electronically through
the CM/ECF system, which caused the following
parties or counsel of record to be served by electronic or other
means, as more fully reflected on the Notice of Electronic Filing:

Arlon Stoker, Esq.
*Attorney for Plaintiff*
arlon@stokerlaw.net

Patricia Williams, Esq.
*Attorney for co-Defendants*
pwilliams@wwwlaw.us

/S/ Ronald J. Childress

2