IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and SHANNON MIKE and GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M.
and AA.M., minor children,

   Plaintiff,

vs.                No. 12 cv 01215 MV/LFG

TERRY McCOY, STEVEN JACKSON,
DAVE McCALL, MANASSEH BEGAY and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

   Defendants.

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this   18th   day of   March  , 2013, the OFFER OF JUDGMENT AS TO CLAIMS OF MARGARET MIKE; OFFER OF JUDGMENT AS TO CLAIMS OF WILLIAM MIKE; OFFER OF JUDGMENT AS TO CLAIMS OF SHANNON

MIKE and GEORGETTE MIKE, as parents and next friends of AE.M., a minor; OFFER OF JUDGMENT AS TO CLAIMS OF SHANNON MIKE and GEORGETTE MIKE, as parents and next friends of AA.M., a minor; and OFFER OF JUDGMENT AS TO CLAIMS OF SHANNON MIKE and GEORGETTE MIKE, as parents and next friends of AU.M. were mailed to the following:

Arolon L. Stoker
Attorney at Law
P.O. Box 658
Farmington, NM 87499-0658

and

Joseph W. Reichert
Attorney at Law
2620 Adams St. NE
Albuquerque, NM 87110

        KLECAN & CHILDRESS

         /S/ Ronald J. Childress
        RONALD J. CHILDRESS
        Attorney for Defendants *Terry McCoy, Steven Jackson, Dave McCall and Manasseh Begay*
        6000 Uptown Blvd. NE, #305
        Albuquerque, NM 87110
        (505) 883-8555

I HEREBY CERTIFY that on ___March 18___, 2013,
I filed the foregoing pleading electronically through
the CM/ECF system, which caused the following
parties or counsel of record to be served by electronic or other
means, as more fully reflected on the Notice of Electronic Filing:

Arlon L. Stoker
Attorney at Law
P.O. Box 658
Farmington, NM 87499-0658

arlon@stokerlaw.net
Joseph W. Reichert
Attorney at Law
2620 Adams St. NE
Albuquerque, NM 87110
reichert@swcp.com

Patricia G. Williams, Esq.
Wiggins, Williams & Wiggins, PC
P.O. Box 1308
Albuquerque, NM 87103-1308
pwilliams@wwwlaw.us

 /S/ Ronald J. Childress
RONALD J. CHILDRESS