UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and

SHANNON MIKE and GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M. and AA.M., minor children,

        Plaintiffs,

vs                                       No. 12-cv-1215 MV/LFG

TERRY McCOY, STEVE JACKSON,
DAVE McCALL, MANASSEH BEGAY and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME,

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

        Defendants.

### ENTRY OF APPEARANCE

        **AEQUITAS LAW, LLC**, Anna C. Martinez and Albert L. Hutchinson, Jr., hereby enter their appearance as co-counsel on behalf of Plaintiffs in the above captioned case.

Respectfully Submitted:
**AEQUITAS LAW, LLC**

By: /s/
_____
Albert L. Hutchinson, Jr.
Attorney for Defendant
P.O. Box 25304
Albuquerque, NM 87125
(505) 750-8005
al@aequitas.pro

And: /s/
_____
Anna C. Martinez
P.O. Box 25304
Albuquerque, NM  87125
(505) 750-8005
anna@aequitas.pro

I HEREBY CERTIFY that a true and correct copy of the foregoing Entry of Appearance delivered to opposing counsel via the Court's CM/ECF document filing and delivery service on March 20, 2013.

/s/
_____
Albert L. Hutchinson, Jr.

2