IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Lorenzo F. Garcia, United States Magistrate Judge

# *Clerk's Minutes*

**Date:** March 20, 2013

**Case No.:** CIV 12-1215 MV/LFG

**Case Style:** *Mike v. McCoy et al.*

**Attorney for Plaintiff(s):** Arlon Stoker, Esq.
Albert L. Hutchinson, Jr., Esq.
Anna C. Martinez, Esq.

**Attorney for Defendant(s):** Ronald J. Childress, Esq.
Patricia Williams, Esq.

**Type of Proceeding:** Initial Rule 16 Scheduling Conference

***Proceedings Commenced:*** 1:55 p.m.
***Court Adjourned:*** 2:55 p.m.
　Total Time: 1 hr.