UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and

SHANNON MIKE and GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M. and AA.M., minor children,

        Plaintiffs,

vs                                                       No. 12-cv-1215 MV/LFG

TERRY McCOY, STEVE JACKSON,
DAVE McCALL, MANASSEH BEGAY and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME,

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

        Defendants.

**CERTIFICATE OF SERVICE ON PLAINTIFFS' INITIAL RULE 26 DISCLOSURES**

      Plaintiffs**,** through counsel, **AEQUITAS LAW, LLC**, Anna C. Martinez and Albert L.

Hutchinson, Jr., hereby state that their initial Rule 26 disclosures were hand delivered by

2

co-counsel Arlon L. Stoker, STOKER LAW, to counsel for all Defendants on Wednesday,

March 20, 2013.

                                                Respectfully Submitted:
                                                **AEQUITAS LAW, LLC**

                                                /s/

By:      _____
                                                Anna C. Martinez
                                                P.O. Box 25304
                                                Albuquerque, NM  87125
                                                (505) 750-8005
                                                anna@aequitas.pro

I HEREBY CERTIFY that a true and correct copy of the foregoing Entry of Appearance delivered to opposing counsel via the Court's CM/ECF document filing and delivery service on March 20, 2013.

/s/

_____
Albert L. Hutchinson, Jr.

2