UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and

SHANNON MIKE and GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M. and AA.M., minor children,

                Plaintiffs,

vs                                      No. 12-cv-1215 MV/LFG

TERRY McCOY, STEVE JACKSON,
DAVE McCALL, MANASSEH BEGAY and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME,

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

                Defendants.

**CERTIFICATE OF SERVICE ON PLAINTIFFS' HIPAA-COMPLIANT RELEASES
PURSUANT TO D.N.M. LR-26.3(d)(3)**

Plaintiffs, through counsel, **AEQUITAS LAW, LLC**, Anna C. Martinez hereby state that

a mental health and a medical records release for each Plaintiff, in the form provided by

2

D.N.M.LR-26.3(d)(3) was delivered to counsel for each Defendant via U.S. Mail and email on

March 26, 2013.

Respectfully Submitted:
**AEQUITAS LAW, LLC**

/s/

By:      _____

Anna C. Martinez
P.O. Box 25304
Albuquerque, NM  87125
(505) 750-8005
anna@aequitas.pro

I HEREBY CERTIFY that a true and correct
copy of the foregoing Entry of Appearance
delivered to opposing counsel via the Court's
CM/ECF document filing and delivery service
on March 26, 2013.

/s/

_____

Anna C. Martinez