IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and SHANNON MIKE and GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M.
and AA.M., minor children,

      Plaintiff,

vs.                                   No. 12 cv 01215 MV/LFG

TERRY McCOY, STEVEN JACKSON,
DAVE McCALL, MANASSEH BEGAY and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

      Defendants.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this ___ day of __April__, 20<u>13</u>, the

INTERROGATORIES TO PLAINTIFF (MARGARET MIKE); REQUEST FOR

PRODUCTION OF DOCUMENTS (MARGARET MIKE); INTERROGATORIES TO PLAINTIFF (WILLIAM MIKE); REQUEST FOR PRODUCTION OF DOCUMENT (WILLIAM MIKE); INTERROGATORIES TO PLAINTIFF (AE.M., a minor); REQUEST FOR PRODUCTION OF DOCUMENTS (AE.M., a minor); INTERROGATORIES TO PLAINTIFF (AU.M., a minor); REQUEST FOR PRODUCTION OF DOCUMENTS (AU.M., a minor); INTERROGATORIES TO PLAINTIFF (AA.M., a minor) and REQUEST FOR PRODUCTION OF DOCUMENTS (AA.M., a minor)  were mailed to the following:

Arlon L. Stoker
Attorney at Law
P.O. Box 658
Farmington, NM 87499-0658

and copies were mailed to:

Joseph W. Reichert
Attorney at Law
2620 Adams St. NE
Albuquerque, NM 87110

Patricia G. Williams, Esq.
Wiggins, Williams & Wiggins, PC
P.O. Box 1308
Albuquerque, NM 87103-1308
Anna C. Martinez, Esq.
Albert L. Hutchinson, Jr.
Aequitas Law,LLC
P.O. Box 25304
Albuquerque, NM 87125

                                          KLECAN & CHILDRESS

                                          /S/ Ronald J. Childress
                                        RONALD J. CHILDRESS
                                        *Attorney for Defendants*
                                        6000 Uptown Blvd. NE, #305
                                        Albuquerque, NM 87110
                                        (505) 883-8555

I HEREBY CERTIFY that on _____, 2013,
I filed the foregoing pleading electronically through
the CM/ECF system, which caused the following
parties or counsel of record to be served by electronic or other
means, as more fully reflected on the Notice of Electronic Filing:

Arlon L. Stoker
Attorney at Law
P.O. Box 658
Farmington, NM 87499-0658
arlon@stokerlaw.net

Joseph W. Reichert
Attorney at Law
2620 Adams St. NE
Albuquerque, NM 87110
reichert@swcp.com

Patricia G. Williams, Esq.
Wiggins, Williams & Wiggins, PC
P.O. Box 1308
Albuquerque, NM 87103-1308
pwilliams@wwwlaw.us

Anna C. Martinez, Esq.
Albert L. Hutchinson, Jr.
Aequitas Law,LLC
P.O. Box 25304
Albuquerque, NM 87125
anna@aequitas.pro
al@aequitas.pro

 /S/ Ronald J. Childress
RONALD J. CHILDRESS