UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,**

and

**SHANNON MIKE and GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M. and AA.M., minor children,**

      Plaintiffs,

vs              No. 12-cv-1215 MV/LFG

**TERRY McCOY, STEVE JACKSON,
DAVE McCALL, MANASSEH BEGAY and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME,**

and

**WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,**

      Defendants.

**<u>CERTIFICATE OF SERVICE OF ANSWERS BY PLAINTIFFS, JOINTLY, TO THE
FIRST SET OF REQUESTS FOR PRODUCTION PROPOUNDED BY DEFENDANTS
TERRY McCOY, STEVEN JACKSON, DAVE McCALL, AND MANASSEH BEGAY</u>**

Plaintiffs, through counsel, **AEQUITAS LAW, LLC**, Anna C. Martinez and Albert L. Hutchinson, Jr., hereby state that Plaintiffs' Responses to the above referenced Requests for Production were mailed to counsel for all Defendants on Monday, May 06, 2013.

                                  Respectfully Submitted:
                                  **AEQUITAS LAW, LLC**

/s/

By: _____
Anna C. Martinez
P.O. Box 25304
Albuquerque, NM  87125
(505) 750-8005
anna@aequitas.pro

I HEREBY CERTIFY that a true and correct copy of the foregoing pleading was delivered to opposing counsel via the Court's CM/ECF document filing and delivery service on Monday, May 06, 2013.

/s/
_____
Anna C. Martinez