UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and

SHANNON MIKE and GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M. and AA.M., minor children,

              Plaintiffs,

vs                                    No. 12-cv-1215 MV/LFG

TERRY McCOY, STEVE JACKSON,
DAVE McCALL, MANASSEH BEGAY and
KORY FAULK, individually, and as
Law Enforcement Officers and Employees of
SAN JUAN COUNTY SHERIFF'S DEPARTMENT,
and DEPUTIES AND EMPLOYEES OF SAN
JUAN COUNTY SHERIFF'S DEPARTMENT
WHOSE IDENTITIES ARE UNKNOWN AT THIS TIME,

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

              Defendants.

**CERTIFICATE OF SERVICE OF ANSWERS TO THE FIRST SET OF INTERROGATORIES PROPOUNDED BY DEFENDANTS TERRY McCOY, STEVEN JACKSON, DAVE McCALL, AND MANASSEH BEGAY' TO PLAINTIFFS MARGARET MIKE, WILLIAM MIKE,S HANNON MIKE and GEORGETTE MIKE as parents and next friends of AE.M., AU.M. and AA.M., minor children,**

Plaintiffs**,** through counsel, **AEQUITAS LAW, LLC**, Anna C. Martinez and Albert L.

Hutchinson, Jr., hereby state that Plaintiffs' Answers to the above referenced Interrogatories

were hand delivered  to counsel for all Defendants on Friday, May 03, 2013.

Respectfully Submitted:
**AEQUITAS LAW, LLC**

/s/

By: _____

Albert L. Hutchinson, Jr.
P.O. Box 25304
Albuquerque, NM  87125
(505) 750-8005
al@aequitas.pro

I HEREBY CERTIFY that a true and correct
copy of the foregoing pleading was delivered
to opposing counsel via the Court's CM/ECF
document filing and delivery service on Monday,
May 06, 2013.

/s/

_____

Albert L. Hutchinson, Jr.

2