IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE and GEORGETTE
MIKE, individually,

and

SHANNON MIKE AND GEORGETTE
MIKE as parents and next friends of
AE.M., AU.M and AA.M, minor children

        Plaintiffs,

v.                                No. 12-cv-01215-WDS/LFG

TERRY MCCOY, STEVE JACKSON,
DAVE McCALL, MANASSEH BEGAY, and
KORY FAULK, individually, and as Law Enforcement
Officers and Employees of SAN JUAN COUNTY
SHERIFF'S DEPARTMENT, and DEPUTIES AND
EMPLOYEES OF SAN JUAN COUNTY SHERIFF'S
DEPARTMENT WHOSE IDENTITIES ARE UNKNOWN
AT THIS TIME,

and

WALTER NICKERSON and DAVID KING,
individually, and as Law Enforcement Officers
and Employees of CITY OF FARMINGTON
POLICE DEPARTMENT, and OFFICERS
AND EMPLOYEES OF FARMINGTON POLICE
DEPARTMENT WHOSE IDENTITIES ARE
UNKNOWN AT THIS TIME,

        Defendants.

## AFFIDAVIT OF DAVID KING

DAVID KING, being first duly sworn, upon his oath states as follows:

1.     I am employed as a police Officer by the Farmington Police Department ("FPD").

2.   I have served as a police officer with FPD for 7 years.

3.   On March 19, 2012, at or about 9:15 a.m., I responded to the San Juan County Sheriff's Deputy Terry McCoy's request for assistance.

4.   I caught up to the suspect vehicle, a dark Chevrolet sedan with no visible license plate and darkly tinted windows, at Broadway and Orchard, in the City of Farmington.

5.   I activated my emergency equipment and pulled to the driver side of the suspect vehicle as it came to a stop.

6.   I took cover behind my driver door and drew my duty weapon.

7.   I gave commands over a bull horn to the occupants to exit the vehicle, starting with the driver and working to the back seat occupants.

8.   The San Juan County deputies took the adults into custody, while FPD Officer Nickerson and I each took one of the juveniles.

9.   I placed one juvenile female, who was not handcuffed, in the rear driver side of my unit.

10.   I then approached the suspect vehicle with the deputies to make sure there were no other occupants hiding in it.

11.   While I was running the VIN of the suspect vehicle through dispatch, I heard one of the deputies say this was not the right vehicle.

12.   I returned to my unit and let the juvenile female out and explained to her why we stopped them and why we conducted the stop the way we did.

13.   The female then walked over toward the deputies, where the adult occupants of the suspect vehicle were located.

14.   I did not search any person or place anyone in handcuffs.

15. I did not search the suspect vehicle.

FURTHER AFFIANT SAYETH NAUGHT.

*David King*

STATE OF NEW MEXICO )
                    ) ss.
COUNTY OF SAN JUAN  )

SUBSCRIBED AND SWORN to before me this 3rd day of July, 2013.

*Notary Public*

My Commission Expires:

12-22-2013.

3