IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARGARET MIKE, WILLIAM MIKE,
SHANNON MIKE, and GEORGETTE MIKE,

    Plaintiffs,

v.                                             No. 12-cv-1215 KG/SMV

TERRY MCCOY, STEVE JACKSON,
DAVE MCCALL, MANASSEH BEGAY,
KORY FAULK, WALTER NICKERSON,
DAVID KING, and UNKNOWN PERSONS,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiffs filed their Complaint on November 26, 2012.  [Doc. 1].  Pursuant to Fed. R. Civ. P. 4(m) (2007) (amended 2015), Plaintiffs had 120 days from filing the Complaint within which to effect service of process.  However, more than *three years* have passed, and there is no indication on the record that service of process has been effected with respect to the Defendant Kory Faulk.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendant Kory Faulk should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995).  Plaintiffs shall file their response no later than **March 15, 2016**.

    **IT IS SO ORDERED.**

                                                              **STEPHAN M. VIDMAR**
                                                              **United States Magistrate Judge**