## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MARGARET MIKE, WILLIAM MIKE,**
**SHANNON MIKE, and GEORGETTE MIKE,**

    **Plaintiffs,**

v.                                                                                        No. 12-cv-1215 KG/SMV

**TERRY MCCOY, STEVE JACKSON,**
**DAVE MCCALL, MANASSEH BEGAY,**
**KORY FAULK, WALTER NICKERSON,**
**DAVID KING, and UNKNOWN PERSONS,**

    **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:     March 4, 2016, at 9:30 a.m.

    **Matter to be heard**:     Status Conference

A telephonic status conference is hereby set for **March 4, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                   **STEPHAN M. VIDMAR**
                                   **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.