# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARGARET MIKE, WILLIAM MIKE,**
**SHANNON MIKE, and GEORGETTE MIKE,**

     **Plaintiffs,**

**v.**                                          **No. 12-cv-1215 KG/SMV**

**TERRY MCCOY, STEVE JACKSON,**
**DAVE MCCALL, MANASSEH BEGAY,**
**KORY FAULK, WALTER NICKERSON,**
**DAVID KING, and UNKNOWN PERSONS,**

## ORDER VACATING AND RESETTING SETTLEMENT CONFERENCE

     THIS MATTER is before the Court sua sponte.  Due to an unforeseen conflict, the settlement conference originally set for August 8, 2016, will be vacated and reset for **August 15, 2016, at 9:00 a.m**. in the **Brazos Courtroom, Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.**  The original order setting the settlement conference [Doc. 79] will remain in effect, except that the deadlines will now be set as follows:

**Plaintiff's letter and settlement demand**
**due to Defendant:**                                    **July 27, 2016**

**Defendant's letter and counteroffer**
**due to Plaintiff:**                                         **August 3, 2016**

**Plaintiff provides copies of settlement letters**
**to the Court by:**                                         **5:00 p.m. on August 8, 2016**

| | |
|---|---|
| **Parties' confidential position statements due to the Court:** | 5:00 p.m. on August 8, 2016 |
| **Settlement Conference:** | 9:00 a.m. on August 15, 2016 |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**